**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** *ex rel.* **ANDREW MCCARLEY,** | |
| **Plaintiffs,** | **Civil Action No.: 1:24-cv-00148-JB-N** |
| **v.** | **<u>FILED UNDER SEAL</u>** |
| **CONTINENTAL AEROSPACE TECHNOLOGIES,** *et al.***,** | |
| **Defendants.** | |

**<u>UNITED STATES' NOTICE OF ELECTION TO INTERVENE IN PART FOR
PURPOSE OF SETTLEMENT AND MOTION FOR A PARTIAL LIFT OF THE SEAL</u>**

Pursuant to the False Claims Act 31 U.S.C. § 3730(b)(2) and (4), the United States hereby notifies the Court of its election to intervene in part in this action for the purpose of settlement with Defendant Continental Aerospace Technologies, Inc. ("Continental"). Specifically, the United States intervenes in this action as to the Covered Conduct as that term is defined in the Settlement Agreement. The United States declines to intervene in the remainder of this action, including with respect to the civil claims alleged against the non-settling Defendants Aviation Industry Corporation of China and Karen Hong.

1. The United States, Continental, Relator McCarley, and a relator in a related matter executed a Settlement Agreement with an effective date of July 31, 2026, that provides for a release of certain defined covered conduct and a payment by Continental to the United States.

2. The United States, Relator, and Continental have finalized all aspects of the written settlement agreement in full resolution of this action, apart from:

      a.     Relator's claims to reasonable attorney's fees, costs, and expenses under 31

U.S.C. § 3730(d);

b.      Relator's claims for damages for retaliatory actions asserted under 31 U.S.C. § 3730 (h); and

c.      Relator's claim for expenses, attorneys' fees, and costs for retaliatory actions asserted under 31 U.S.C. § 3730(h).

3.      The United States understands that Relator will be filing an amended complaint following Continental's payment under the Settlement Agreement. The United States requests that the Complaint [Doc. 1] and First Amended Complaint [Doc. 8] remain under seal.

4.      The United States moves for the Court to lift the seal with respect to this Notice and the attached proposed Order.  The United States, however, moves this Court to maintain the seal on all other papers on file in this action because such papers detail the United States' processes for investigating the allegations made in Relator's complaint. Such filings by the United States were provided for the limited purpose of demonstrating to the Court that good cause existed to extend the seal and period during which the United States could notify the Court of its decision on intervention. Relator's counsel has agreed to the United States' request to partially lift the seal.

Accordingly, the United States hereby gives its notice to the Court of its intervention in part in this action for the purpose of settlement as set forth above.  In addition, the United States requests a partial lift of the seal, specifically as to this Notice, and any future orders and party filings.  The United States asks that all other filings in this action remain under seal.

A proposed order is attached for the Court's consideration.

Dated this 5th day of August, 2026.

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

SEAN P. COSTELLO
United States Attorney


By: *s/ Nina Herring*
NINA HERRING
Assistant United States Attorney
11 North Water Street, Suite 30100
Mobile, Alabama 36602
Telephone: (251) 415-7142
Email: nina.herring@usdoj.gov


JAMIE ANN YAVELBERG
ALLISON CENDALI
LINDSEY A. ROBERTS
U.S. Department of Justice
Commercial Litigation Branch
P.O. Box 261, Ben Franklin Station
Washington, DC 20044
Telephone:  (202) 616-2945
Email: lindsey.a.roberts@usdoj.gov

*Attorneys for the United States of America*

3

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on August 5th 2026, I electronically filed the foregoing UNDER SEAL with the Clerk of Court using the CM/ECF system.

A service copy was served via electronic mail on the following:

James F. Barger Jr. (jim@frohsinbarger.com)
J. Elliott Walthall (elliott@frohsinbarger.com)
Froshin Barger &Walthall
100 Main Street
Saint Simons Island, GA 31522

Benjamin P. Bucy (bbucy@barrassousdin.com)
Barrasso Usdin Kupperman Freeman & Sarver
909 Poydras St Suite 2350
New Orleans, LA 70112

*Counsel for Relator*

Because this action is under seal pursuant to 31 U.S.C. § 3729, *et seq*., Defendant has not been served with a copy of the foregoing motion. Moreover, to preserve the integrity of the Government's ongoing investigation, Relators have been served with a copy of the Motion and Proposed Order, but not the Memorandum in Support Thereof.

*s/Nina Herring*
Nina Herring
Assistant United States Attorney