## IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

**UNITED STATES OF AMERICA** *ex rel.*
**ANDREW MCCARLEY,**

     **Plaintiffs,**

**v.**

**CONTINENTAL AEROSPACE**
**TECHNOLOGIES,** *et al.*,

     **Defendants.**

**Civil Action No.: 1:24-cv-00148-JB-N**

**FILED UNDER SEAL**

## ORDER

The United States having intervened in part of this action and having declined to intervene in part of this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the Court rules as follows:

**IT IS ORDERED** that,

1.  the United States' Notice of Partial Intervention for Purposes of Settlement, and this Order be unsealed;

2.  all other papers or Orders on file in this matter shall remain under seal;

3.  the seal be lifted on all other matters occurring in this action after the date of this Order; and that the docket be unsealed on the Court's CM/ECF system and PACER.

**DONE and ORDERED** this 5th day of August, 2026.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE