IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
MOBILE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>ex rel. Andrew McCarley<br><br>Plaintiffs,<br><br>v.<br><br>CONTINENTAL AEROSPACE TECHNOLOGIES, INC.; AVIATION INDUSTRY CORPORATION OF CHINA, KAREN HONG<br><br>Defendants. | ) | Case No: 1:24-cv-00148-JB-N |

**ORDER**

Having considered Plaintiff's Motion for Leave to File the Proposed Second Amended Complaint and to Provisionally Seal the Second Amended Complaint, and good cause found, it is hereby ORDERED that:

1. Plaintiff be granted to leave to file the proposed Second Amended Complaint;
2. The Second Amended Complaint shall be provisionally sealed pending the Court's ruling on the appropriateness of sealing the Second Amended Complaint and related filings;
3. The Parties shall hold a Status Conference on ___________________ at _________ in order to preliminarily address the Parties' respective arguments, determine the need for discovery to address the Parties' respective arguments, and establish a briefing schedule

for written briefs to determine whether the Second Amended Complaint and related filings shall remain sealed.

ON THIS DAY ____________________, in Mobile, Alabama

______________________________
United States District Judge