IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
MOBILE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>ex rel. Andrew McCarley<br><br>Plaintiffs,<br><br>v.<br><br>CONTINENTAL AEROSPACE TECHNOLOGIES, INC.; AVIATION INDUSTRY CORPORATION OF CHINA, ARCLINE INVESTMENT MANAGEMENT, LP<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No: 1:24-cv-00148-JB-N |

**JOINT NOTICE OF SETTLEMENT AND MOTION TO STAY CASE**

COME NOW, Plaintiff Andrew McCarley (Plaintiff) and Defendant Continental Aerospace Technologies, Inc.[1] (Defendant) (collectively Parties) to provide notice that the Parties have reached an agreement in principle to resolve this matter in its entirety. The Parties are actively working to finalize a formal settlement agreement. Upon execution of the formal settlement agreement and exchange of consideration as provided by the formal settlement agreement, the

---

[1] At this time, Defendant Continental Aerospace Technologies, Inc. is the only defendant who has been served in this matter.

parties will file a Joint Stipulation of Dismissal, which will dismiss the action in its entirety, including the claims asserted against unserved defendants.

Accordingly, the Parties hereby respectfully request that the Court enter a stay of all pending deadlines and status conferences, including the scheduled status conference on October 7, 2026. This stay is requested in order to conserve the Parties' and the Court's resources while the Parties finalize and execute the formal settlement agreement and comply with the terms of the settlement agreement. The Parties anticipate this stay to be of limited duration as the Parties anticipate the settlement to be finalized and the terms of the agreement to be fully satisfied soon. If the Parties have not filed their stipulation of dismissal within forty-five days, they will file a joint status report advising the Court of the status of the settlement.

Respectfully submitted,

/s/ Benjamin P. Bucy
Benjamin P. Bucy (*PHV*)
Hannah Zundel-Davis (*PHV*)
BARRASSO USDIN KUPPERMAN
FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 2350
New Orleans, Louisiana 70112
Telephone: 504-589-9700
Facsimile: 504-589-9701
bbucy@barrassousdin.com
hzundel-davis@barrassousdin.com

/s/ James F. Barger, Jr.
JAMES F. BARGER JR.
J. ELLIOTT WALTHALL

Attorneys for Relator

**OF COUNSEL**
FROHSIN & BARGER, LLC
100 Main Street
Saint Simons Island, GA 31522

Tel: 205.933.4006
Fax: 205.933.4008

*s/ Ike Adams*
Ike Adams (*PHV*)
Philip H. Devoe (*PHV*)
*Attorneys for Continental Aerospace Technologies, Inc.*

**OF COUNSEL:**
Ike Adams
**SIDLEY AUSTIN LLP**
1501 K Street, N.W.
Washington, DC 20005
Telephone: (202) 736-8173
iadams@sidley.com

Philip H. DeVoe
**SIDLEY AUSTIN LLP**
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5477
philip.devoe@sidley.com

*s/ Kathryn M. Willis*
KATHRYN M. WILLIS (WILLK8533)
MICHAEL W. RICH (ASB-0880-D771)
BENJAMIN B. BOLTON (ASB-4864-O17J)
*Counsel for Continental Aerospace Technologies, Inc.*

**OF COUNSEL:**
**BURR & FORMAN LLP**
RSA Tower
11 North Water Street, Suite 22200
Mobile, Alabama 36602
Telephone: (251) 344-5151
Facsimile: (251) 344-9696
kwillis@burr.com
mrich@burr.com

## CERTIFICATE OF SERVICE

I hereby certify that on this, the 2nd day of October, 2026, I electronically filed the foregoing using the CM/ECF system, which will send notice of this filing to all counsel of record.

*/s/ Benjamin P. Bucy*
Counsel for Plaintiff