IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
MOBILE DIVISION

UNITED STATES OF AMERICA
ex rel. Andrew McCarley

Plaintiffs,

v. Case No: 1:24-cv-00148-JB-N

CONTINENTAL AEROSPACE TECHNOLOGIES, INC.; AVIATION INDUSTRY CORPORATION OF CHINA, ARCLINE INVESTMENT MANAGEMENT, LP

Defendants.

ORDER

Having considered the Parties' Joint Notice of Settlement and Motion to Stay Case, and good cause found, it is hereby ORDERED that the Parties' Motion is GRANTED and all pending deadlines and status conferences are hereby STAYED. If the Parties' have not filed a Joint Stipulation of Dismissal within forty-five days of this Order, the Parties shall file joint status report advising the Court of the status of settlement.

______________________________
United States District Judge