IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
MOBILE DIVISION

UNITED STATES OF AMERICA
ex rel. Andrew McCarley

Plaintiffs,

v.

CONTINENTAL AEROSPACE TECHNOLOGIES, INC.; AVIATION INDUSTRY CORPORATION OF CHINA, ARCLINE INVESTMENT MANAGEMENT, LP

Defendants.

Case No: 1:24-cv-00148-JB-N

**JOINT STATUS REPORT**

COME NOW, Plaintiff Andrew McCarley ("Plaintiff") and Defendant Continental Aerospace Technologies, Inc.[1] ("Defendant" and together with Plaintiff, the "Parties) to provide this Joint Status Report advising the Court of the status of settlement pursuant to the Court's Order of October 5, 2026. (Dkt. 32.) The parties state:

1. The Parties previously filed a Notice of Settlement advising the Court that they had reached an agreement in principle to resolve this action in its entirety. (Dkt. 31.)

---

[1] At this time, Defendant Continental Aerospace Technologies, Inc. is the only defendant who has been served in this matter.

2. On October 5, 2026, the Court noted the Notice of Settlement, stayed all pending deadlines, and canceled the status conference scheduled for October 7, 2026. (Dkt. 32.) The Court further directed that, if the Parties had not filed a Joint Stipulation of Dismissal within forty-five days of that Order, the Parties file a joint status report advising the Court of the status of settlement. (*Id.*)

3. Since the filing of the Notice of Settlement, the Parties have finalized and entered into a written confidential settlement agreement ("Settlement Agreement"), which was fully executed on November 5, 2026.

4. Under the terms of the Settlement Agreement, and assuming all conditions set forth therein are satisfied, the Parties expect to file a Joint Stipulation of Dismissal of this action on or before December 10, 2026. The dismissal shall be with prejudice as to all claims and all defendants in this action.

5. The Parties respectfully request that the stay of all pending deadlines remaining in effect pending the filing of the Joint Stipulation of Dismissal. Should the Parties be unable to file the Joint Stipulation of Dismissal on or before December 10, 2026, they will promptly so advise the Court.

Respectfully submitted this 19th day of November, 2026.

/s/ Benjamin P. Bucy
Benjamin P. Bucy (*PHV*)
Hannah Zundel-Davis (*PHV*)
BARRASSO USDIN KUPPERMAN
FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 2350
New Orleans, Louisiana 70112
Telephone: 504-589-9700
Facsimile: 504-589-9701
bbucy@barrassousdin.com
hzundel-davis@barrassousdin.com

/s/ James F. Barger, Jr.
JAMES F. BARGER JR.
J. ELLIOTT WALTHALL

Attorneys for Relator

**OF COUNSEL**
FROHSIN & BARGER, LLC
100 Main Street
Saint Simons Island, GA 31522
Tel: 205.933.4006
Fax: 205.933.4008

*s/ Ike Adams*
Ike Adams (*PHV*)
Philip H. Devoe (*PHV*)
*Attorneys for Continental Aerospace Technologies, Inc.*

**OF COUNSEL:**
Ike Adams
**SIDLEY AUSTIN LLP**
1501 K Street, N.W.
Washington, DC 20005
Telephone: (202) 736-8173
iadams@sidley.com

Philip H. DeVoe
**SIDLEY AUSTIN LLP**
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 839-5477
philip.devoe@sidley.com

*s/ Kathryn M. Willis*
KATHRYN M. WILLIS (WILLK8533)
MICHAEL W. RICH (ASB-0880-D771)
BENJAMIN B. BOLTON (ASB-4864-O17J)
*Attorneys for Continental Aerospace Technologies, Inc.*

**OF COUNSEL:**
**BURR & FORMAN LLP**
RSA Tower
11 North Water Street, Suite 22200
Mobile, Alabama 36602
Telephone: (251) 344-5151
Facsimile: (251) 344-9696
kwillis@burr.com
mrich@burr.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this, the 19th day of November, 2026, I electronically filed the foregoing using the CM/ECF system, which will send notice of this filing to all counsel of record.

*/s/ Ike Adams*
Counsel for Defendant